**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Harrell Ray BLACKLOCK, Jr.,**
**Defendant–Appellant.**

**No. 05–20980**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Harrell Ray Blacklock, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Blacklock has filed a response and requested the appointment of substitute counsel. Our independent review of counsel's brief, Blacklock's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Blacklock's motion for the appointment of substitute counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.